## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term
### Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No. 05-          (CKK)** |
| | **:** | **GJO** |
| | **:** | |
| **v.** | **:** | **VIOLATIONS:** |
| | **:** | |
| | **:** | **18 U.S.C. § 286 (Conspiracy to Defraud** |
| | **:** | **the Government With Respect to Claims);** |
| **KEITH CAMPBELL, aka** | **:** | **18 U.S.C. § 287 (False Claims for Refund);** |
| **GEORGE DYSON, aka** | **:** | **18 U.S.C. § 2 (Aiding and Abetting);** |
| **"THE TAX MAN"** | **:** | **22 DC Code § 3211, 3212(a) (First Degree** |
| | **:** | **Theft);** |
| | **:** | **22 DC Code § 1805 (Aiding and** |
| **Defendant.** | **:** | **Abetting).** |

### INDICTMENT

The Grand Jury charges that:

### COUNTS ONE THROUGH FOUR - CONSPIRACY TO FILE FALSE CLAIMS

### INTRODUCTION

At all times relevant to this Indictment:

1.      The Internal Revenue Service (IRS) is an agency of the Unites States of America, Department of the Treasury, and maintains its headquarters at 1111 Constitution Avenue, N.W., Washington, D.C.  The IRS has responsibility for administering provisions of the Internal Revenue Code and for collecting individual income taxes through several methods including obtaining funds that have been withheld from employees' wages by their employers.

2.      The District of Columbia Office of Tax and Revenue (OTR) is a department within the government of the District of Columbia, a municipal corporation, and maintains its headquarters at 941 North Capitol Street, N.E., Washington, D.C.  OTR has the responsibility of collecting individual income taxes through several methods including obtaining funds that have been withheld from employees' wages by their employers.

3.      Absent the grant of an extension, individuals who earn income in excess of certain minimums are required to file a Form 1040 series U.S. federal income tax return no later than April 15th of the calendar year immediately following the tax year.

4.      Absent the grant of an extension, District of Columbia residents who earn income in excess of certain minimums are required to file a D-40, Individual Income Tax Return, no later that April 15th of the calendar year immediately following the tax year.

5.      A Form W-2, Wage and Tax Statement, is an IRS form prepared by an individual's employer, which details the employer's name, address and identification number, and the employee's name, address, and social security number.  The form also details, among other things, the employee's wages and federal and state income tax withheld by the employer.

6.      Taxpayers are required to attach copies of the relevant Forms W-2 to their federal and state income tax returns.

7.      The IRS permits individuals to file their federal income tax return electronically as an "e-file return."

8.      OTR permits individuals to file their D-40, Individual Income Tax Return, electronically as an "e-file return."

2

9.     The Refund Anticipation Loan (RAL) is a program offered by certain private tax return preparers working in conjunction with certain banks.  With RAL the taxpayer agrees to pay a certain fee to the tax return preparer and to a bank in order to receive his or her income tax refund more quickly than he or she would receive a check directly from the Federal or District of Columbia Government.

## COUNT ONE - THE CONSPIRACY WITH JOSEPH QUEEN

10.     From in or about February 2000,  and continuing thereafter until in or about April 2001, within the District of Columbia and elsewhere, the defendant, **KEITH CAMPBELL** and unindicted co-conspirator, Joseph Queen, and other individuals whose identities are known and unknown to the grand jury, did unlawfully, knowingly, and willfully, conspire and agree together and with each other to defraud the United States of America and an agency thereof, that is the IRS, of monies in the approximate amount of $17,082.23 through the filing of five fraudulent Federal income tax returns and to defraud the government of the District of Columbia and an agency thereof, that is OTR, of monies in the approximate amount of $26,744.11 through the filing of nine fraudulent District of Columbia income tax returns.

## THE GOAL OF THE CONSPIRACY

11.     It was the goal of the conspiracy that the defendant, **KEITH CAMPBELL,** Joseph Queen, and other individuals whose identities are known and unknown to the grand jury, would enrich themselves and obtain money to purchase heroin by negotiating the U.S. Treasury checks, RAL checks, and D.C. government checks generated by filing fraudulent U.S. federal income tax returns and fraudulent District of Columbia Forms D-40, Individual Income Tax Returns, the Forms W-2 attached and in support of which, listed employers for whom the listed taxpayers never

worked or did not work for the tax year indicated on the From W-2 and which falsely stated the amount of wages and the federal and state taxes withheld for such taxpayers.

## MANNER AND MEANS

12.     In order to further the objects and goals of the conspiracy, the defendant, **KEITH CAMPBELL**, Joseph Queen, and other individuals whose identities are known and unknown to the grand jury,  used the following manners and means, among others:

A.     Joseph Queen would obtain fraudulent Forms W-2 from  the defendant, **KEITH CAMPBELL,** reflecting employers for whom he had never worked and falsely reflecting wages he had not received and withholding of federal and state taxes that had never occurred.

B.      Joseph Queen would take the fraudulent Forms W-2 to a tax return preparer who would use said documents to prepare his federal and state income tax returns.

C.     Joseph Queen would sign and file the federal and state income tax returns reflecting wages he had not earned, reflecting withholding of taxes that had not occurred, and claiming refunds of taxes supposedly withheld to which monies he was not entitled.

D.     In regard to the federal income tax returns, at the instruction of the defendant, **KEITH CAMPBELL,** Joseph Queen would request that the tax return preparer file his return electronically and that he obtain a RAL check.

E.     Within a few days of filing said federal income tax return, Joseph Queen would obtain from the tax return preparer a check for the amount of his federal refund less a fee charged by the tax return preparer and the bank for early advance of refund monies.

F.     Joseph Queen would negotiate said check and split the proceeds with the defendant, **KEITH CAMPBELL.**

4

G.      In regard to the D.C. income tax returns filed, Joseph Queen would receive a check from the District of Columbia government.

H.      Joseph Queen would negotiate said check and split the proceeds with the defendant, **KEITH CAMPBELL.**

I.      Joseph Queen would allow the defendant, **KEITH CAMPBELL,** to use his home address on fraudulent federal and D.C. income tax returns in the names of other individuals whose identities are known and unknown to the grand jury, and in instances in which a refund check was mailed to the alleged taxpayer, caused said check to be mailed to the address listed on the return. For each such check, Joseph Queen would receive $150.00 from the defendant, **KEITH CAMPBELL.**

J.      Joseph Queen recruited other individuals, including family members, to have their income tax returns prepared with the assistance of the defendant, **KEITH CAMPBELL.**  The proceeds from the fraudulently filed federal and D.C. income tax returns were divided three ways between the defendant, **KEITH CAMPBELL,** Joseph Queen, and the individual whose name appeared on the tax return.

## OVERT ACTS

13.      Within the District of Columbia, and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, the defendant, **KEITH CAMPBELL,** Joseph Queen, and other individuals whose identities are known and unknown to the grand jury committed the following overt acts, among others:

5

A.    On or about and during February 2000, the defendant, **KEITH CAMPBELL** had a conversation with Joseph Queen about the above-described scheme to file false income tax returns in order to obtain refund monies.

B.    On or about February 18, 2000, Joseph Queen signed in the District of Columbia and and caused the electronic filing, from the District of Columbia, of a 1999 Form 8453, U.S. Individual Income Tax Declaration for an IRS e-file Return, in his name, falsely overstating his income and tax withholdings and claiming an overpayment of taxes in the amount of $3,241.00.

C.    On or about February 22, 2000, Joseph Queen cashed a RAL check numbered 05496976, payable to him, in the amount of $3,034.00 , at an unknown location.  Joseph Queen kept $1,000.00 of the check proceeds and gave the balance of the money to the defendant, **KEITH CAMPELL.**

D.    On or about January 31, 2001, Joseph Queen signed, in the District of Columbia, and caused the filing, from the District of Columbia, of a 2000 Form 8453, U.S. Individual Income Tax Declaration for an IRS e-file Return, in his name, falsely overstating his income and tax withholdings and claiming an overpayment of taxes in the amount of $3,832.00.

E.    On or about February 2, 2001, Joseph Queen cashed a RAL check numbered 08125446, payable to him, in the amount of $3,628.00, at Ace Cash Express, Washington, D.C. Joseph Queen kept $1,000.00 of the check proceeds and gave the balance of the money to the defendant, **KEITH CAMPELL.**

**(Conspiracy to Defraud the Government With Respect to Claims,** in violation of Title 18, United States Code, Section 286).

## COUNT TWO - THE CONSPIRACY WITH ROBERT NORTH

14.     From in or about July 1999, and continuing thereafter until on or about March 21,

2001, within the District of Columbia and elsewhere, the defendant, **KEITH CAMPBELL,** and

unindicted co-conspirator, Robert North, and other individuals whose identities are known and

unknown to the grand jury, did unlawfully, knowingly, and willfully, conspire and agree together and

with each other to defraud the United States of America and an agency thereof, that it the IRS, of

monies in the approximate amount of $18,386.33 through the filing of six fraudulent Federal income

tax returns and to defraud the government of the District of Columbia and an agency thereof, that

is OTR, of monies in the approximate amount of $12,189.01 through the filing of four fraudulent

District of Columbia income tax returns.

## THE GOAL OF THE CONSPIRACY

15.     It was the goal of the conspiracy that the defendant, **KEITH CAMPBELL,**

unindicted co-conspirator Robert North, and other individuals whose identities are known and

unknown to the grand jury, would enrich themselves and obtain money to purchase heroin by

negotiating the U.S. Treasury checks, RAL checks, D.C. government checks, and State of Maryland

checks generated by filing fraudulent U.S. federal income tax returns, fraudulent District of

Columbia income tax returns, and fraudulent State of Maryland income tax returns, the Forms W-2

attached and in support of which, listed employers for whom the listed taxpayers never worked or

did not work for the tax year indicated on the From W-2 and which falsely stated the amount of

wages and the federal and state taxes withheld for such taxpayers.

7

**MANNER AND MEANS**

16.     In order to further the objects and goals of the conspiracy, the defendant, **KEITH CAMPBELL**, Robert North, and other individuals whose identities are known and unknown to the grand jury,  used the following manners and means, among others:

A.     Robert North would obtain a fraudulent Form W-2 from  the defendant, **KEITH CAMPBELL** reflecting an employer for whom he had never worked and falsely reflecting wages he had not received and withholding of federal and state taxes that had never occurred.

B.     Robert North would take the fraudulent Form W-2 to a tax return preparer who would use said document to prepare his federal and state income tax returns.

C.     Robert North would list as the address on his federal and District of Columbia income tax returns the address:  1200 North Capitol Street, NW, B-311, Washington, D.C., which was in fact the address of a relative.

D.     Robert North would sign and file the federal and state income tax returns reflecting wages he had not earned, reflecting withholding of taxes that had not occurred, and claiming refunds of taxes supposedly withheld to which monies he was not entitled.

E.     Robert North would negotiate said check and split the proceeds with the defendant, **KEITH CAMPBELL.**

F.     In regard to the District of Columbia income tax returns filed, Robert North would receive a check from the District of Columbia government.

G.     Robert North would negotiate said check and split the proceeds with the defendant, **KEITH CAMPBELL.**

8

H.     Robert North would allow the defendant, **KEITH CAMPBELL,** to use his home address and the addresses of his family members, all within the District of Columbia, on fraudulent federal, District of Columbia, and State of Maryland income tax returns in the names of other individuals whose identities are known and unknown to the grand jury.  For each refund check issued and mailed to the alleged taxpayer on said tax returns Robert North received a portion of the proceeds from the defendant, **KEITH CAMPBELL.**

## OVERT ACTS

17.     Within the District of Columbia, and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, the defendant, **KEITH CAMPBELL,** Robert North, and other individuals whose identities are known and unknown to the grand jury committed the following overt acts, among others:

A.     On or about and during February 2000 the defendant, **KEITH CAMPBELL,** had a conversation with Robert North about the above-described scheme to file false income tax returns in order to obtain refund monies.

B.     On or about December 14, 2000, Robert North signed and caused the filing of a 1999 Form 8453, U.S. Individual Income Tax Declaration for an IRS e-file Return, in his name, falsely overstating his income and tax withholdings and claiming an overpayment of taxes in the amount of $5,270.00.

9

C.    On or about February 13, 2001 Robert North cashed a RAL check numbered 07975205, payable to him, in the amount of $4,730.00, at Bank of America, Washington, D.C. Robert North kept half of the check proceeds and gave the balance of the money to the defendant, **KEITH CAMPBELL.**

**(Conspiracy to Defraud the Government With Respect to Claims,** in violation of Title 18, United States Code, Section 286).

## COUNT THREE - THE CONSPIRACY WITH CLARENCE WILLIAMS

18.    From in or about April 2000, and continuing thereafter until in or about March 2001, within the District of Columbia and elsewhere, the defendant, **KEITH CAMPBELL,** unindicted co-conspirator Clarence Williams, and other individuals whose identities are known and unknown to the grand jury, did unlawfully, knowingly, and willfully, conspire and agree together and with each other to defraud the United States of America and an agency thereof, that is the IRS, of monies in the approximate amount of $27,983.57 through the filing of nine fraudulent U.S. Federal income tax returns and to defraud the government of the District of Columbia and an agency thereof, that is OTR, of monies in the approximate amount of $18,498.35 through the filing of five fraudulent District of Columbia income tax returns.

## THE GOAL OF THE CONSPIRACY

19.    It was the goal of the conspiracy that the defendant, **KEITH CAMPBELL,** unindicted co-conspirator Clarence Williams, and other individuals whose identities are known and unknown to the grand jury, would enrich themselves and obtain money to purchase heroin by negotiating the U.S. Treasury checks, RAL checks, D.C. government checks and Maryland state checks generated by filing fraudulent U.S. federal income tax returns, fraudulent District of

Columbia individual income tax returns, and fraudulent Maryland income tax returns, the Forms W-2 attached and in support of which, listed employers for whom the listed taxpayers worked, never worked or did not work for the tax year indicated on the From W-2 and which falsely stated or overstated the amount of wages and the federal and state taxes withheld for such taxpayers.

## MANNER AND MEANS

20.     In order to further the objects and goals of the conspiracy,  the defendant, **KEITH CAMPBELL,** unindicted co-conspirator Clarence Williams, and other individuals whose identities are known and unknown to the grand jury,  used the following manners and means, among others:

A.      At his request, Clarence Williams would give the defendant, **KEITH CAMPBELL,** the names, addresses, and social security numbers of people who would be willing to file false income tax returns in exchange for a portion of the refund proceeds.

B.      The defendant **KEITH CAMPBELL** would create false Forms W-2 for the people referenced in paragraph, A, above.

C.      Clarence Williams would accompany two of individuals whose identifying information he had provided to the defendant **KEITH CAMPBELL,** to tax return preparation service providers to have their tax returns prepared.

D.      The fraudulent Forms W-2 would be given to the preparers who  would use said documents to prepare U.S. individual,  District of Columbia, and Maryland individual tax returns.

E.      The defendant, **KEITH CAMPBELL,** would create and provide to Clarence Williams false Forms W-2 reflecting an employer for whom Clarence Williams had never worked and falsely reflecting wages he had not received and withholding of federal and state taxes that had never occurred.

F.    Clarence Williams would take the fraudulent Form W-2 to a tax return preparer who would use said document to prepare his U.S. individual and Maryland individual tax returns.

G.    Clarence Williams would sign and file the U.S. individual and Maryland individual tax returns reflecting wages he had not earned, reflecting withholding of taxes that had not occurred, and claiming refunds of taxes supposedly withheld to which monies he was not entitled.

H.    In regard to the federal income tax return, at the instruction of the defendant, **KEITH CAMPBELL**, Clarence Williams would request that the tax return preparer file his return electronically and that he obtain a RAL check.

I.    Within a few days of filing said federal income tax return, Clarence Williams would obtain from the tax return preparer a check for the amount of his federal refund less a fee charged by the tax return preparer and the bank for early advance of refund monies.

J.    Clarence Williams would negotiate said check and split the proceeds with defendant, **KEITH CAMPBELL**.

K.    Clarence Williams would allow the defendant, **KEITH CAMPBELL** to use his relative's home addresses and other addresses to which he had a connection, to direct fraudulent Federal, D.C., and Maryland income tax refunds in the names of other individuals whose identities are known and unknown to the grand jury.  For each such check, the defendant, **KEITH CAMPBELL,** and the named "taxpayer" would receive one-third of the check proceeds.

**OVERT ACTS**

21.    Within the District of Columbia, and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, the defendant, **KEITH CAMPBELL**, Clarence Williams, and other individuals whose identities are known and unknown to the grand jury committed the following overt acts, among others:

A.    On or about and during April 2000, the defendant, **KEITH CAMPBELL,** had a conversation with Clarence Williams about the above-described scheme to file false income tax returns in order to obtain refund monies.

B.    On or about February 14, 2001, Clarence Williams signed and caused the filing of a 2000 Form 8453, U.S. Individual Income Tax Declaration for an IRS e-file Return, in his name, falsely overstating his income and tax withholdings and claiming an overpayment of taxes in the amount of $2,741.00.

C.    On or about February 15, 2001, Clarence Williams cashed a RAL check numbered 05298504, payable to him, in the amount of $2,531.00, at Brightseat Liquors, Landover, Maryland. Clarence Williams kept half of the check proceeds and gave the balance of the money to the defendant, **KEITH CAMPBELL.**

D.    On or about March 6, 2001, Clarence Williams took unindicted co-conspirator "A. R." from the District of Columbia, to a tax return preparer in Langley, Maryland, to have a 2000 U.S. income tax return prepared in her name using the fraudulent Form W-2 prepared by the defendant, **KEITH CAMPBELL.**

E.      On or about April 13, 2001, Clarence Williams took unindicted co-conspirator

"N.M." to a tax return preparer in the District of Columbia, to have a 2000 U.S. income tax return

prepared in her name using the fraudulent Form W-2 prepared by the defendant, **KEITH**

**CAMPBELL.**

**(Conspiracy to Defraud the Government With Respect to Claims, in violation of Title 18,
United States Code, Section 286).**

## COUNT FOUR - THE CONSPIRACY WITH ELEANOR POPE

22.     From in or about February 1999, and continuing thereafter until in or about

March 2001, within the District of Columbia and elsewhere, the defendant, **KEITH CAMPBELL**

and unindicted co-conspirator, Eleanor Pope, and other individuals whose identities are known and

unknown to the grand jury, did unlawfully, knowingly, and willfully, conspire and agree together and

with each other to defraud the United States of America and an agency thereof, that it the IRS, of

monies in the approximate amount of $25,668.41 through the filing of six fraudulent Federal income

tax returns and to defraud the government of the District of Columbia and an agency thereof, that

is OTR, of monies in the approximate amount of $52,202.16 through the filing of twenty fraudulent

District of Columbia income tax returns.

## THE GOAL OF THE CONSPIRACY

23.     It was the goal of the conspiracy that the defendant, **KEITH CAMPBELL,**

Eleanor Pope, and other individuals whose identities are known and unknown to the grand jury,

would enrich themselves and obtain money to purchase heroin by negotiating the U.S. Treasury

checks, RAL checks, and D.C. government checks generated by filing fraudulent U.S. federal income

tax returns and fraudulent District of Columbia Forms D-40, Individual Income Tax Returns, the

14

Forms W-2 attached and in support of which, listed employers for whom the listed taxpayers never worked or which grossly overstated the amount of wages, and falsely stated or overstated federal and state taxes withheld for such taxpayers.

## MANNER AND MEANS

24.    In order to further the objects and goals of the conspiracy, the defendant, **KEITH CAMPBELL**, Eleanor Pope, and other individuals whose identities are known and unknown to the grand jury,  used the following manners and means, among others:

A.    Eleanor Pope would obtain fraudulent Forms W-2 from  the defendant, **KEITH CAMPBELL** reflecting employers for whom she had worked, but falsely reflecting wages she had not received, and reflecting withholding of federal and state taxes that had never occurred.

B.    Eleanor Pope would take the fraudulent Forms W-2 to a tax return preparer who would use said documents to prepare her federal and District of Columbia income tax returns.

C.    Eleanor Pope would sign and file the federal and District of Columbia income tax returns reflecting wages she had not earned, reflecting withholding of taxes that had not occurred, and claiming refunds of taxes supposedly withheld to which monies she was not entitled.

D.    In regard to the federal income tax returns, at the instruction of the defendant, **KEITH CAMPBELL,** Eleanor Pope, would request that the tax return preparer file her return electronically and that the refunds be deposited into her personal bank account.

E.    Following the filing of said federal income tax returns, Eleanor Pope, would withdraw one-half of each refund amount from her bank account and give the money the defendant **KEITH CAMPBELL.**

15

F.      In regard to the District of Columbia income tax returns filed, Eleanor Pope would receive a check from the District of Columbia government.

G.      Eleanor Pope would negotiate said check and split the proceeds with the defendant, **KEITH CAMPBELL.**

H.      Eleanor Pope would allow the defendant, **KEITH CAMPBELL,** to use her home addresses on fraudulent federal and D.C. income tax returns in the names of other individuals whose identities are known and unknown to the grand jury and instances in which a refund check was mailed to the alleged taxpayer, caused said check to be mailed to the address listed on the return.

### OVERT ACTS

25.     Within the District of Columbia, and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, the defendant, **KEITH CAMPBELL,** Eleanor Pope, and other individuals whose identities are known and unknown to the grand jury committed the following overt acts, among others:

A.      On or about and during February 1999, the defendant, **KEITH CAMPBELL** had a conversation with Eleanor Pope about the above-described scheme to file false income tax returns in order to obtain refund monies.

B.      On or about March 6, 1999, Eleanor Pope signed in the District of Columbia and and caused the electronic filing, from the District of Columbia, of a 1999 Form 8453, U.S. Individual Income Tax Declaration for an IRS e-file Return, in her name, falsely overstating her income and tax withholdings and claiming an overpayment of taxes in the amount of $5,568.00.

16

C.      On or about March 26, 1999, Eleanor Pope wrote a check, payable to herself, for $2,784.00, that amount being one-half of the corresponding claimed tax refund she received in connection with the tax return referenced in paragraph B, above.

D.      On or about March 26, 1999, Eleanor Pope gave a portion of the monies referenced in paragraph C, above to the defendant, **KEITH CAMPBELL.**

E.      On or about February 16, 2000, Eleanor Pope  signed, in the District of Columbia, and caused the filing, from the District of Columbia, of a 1999 Form 8453, U.S. Individual Income Tax Declaration for an IRS e-file Return, in her name, falsely overstating her income and tax withholdings and claiming an overpayment of taxes in the amount of $6,430.00.

F.      On or about February 29, 2000, Eleanor Pope wrote a check, payable to herself, for $2,715.00, and withdrew $500.00 in cash from her bank account, that being a portion of the corresponding claimed income tax refund she received in connection with the tax return referenced in paragraph E, above.

G.      On or about February 29, 2000, Eleanor Pope gave a portion of the monies referenced in paragraph F, above to the defendant, **KEITH CAMPBELL.**

**(Conspiracy to Defraud the Government With Respect to Claims,** in violation of Title 18, United States Code, Section 286).

## COUNTS FIVE THROUGH NINETEEN - FALSE CLAIMS FOR REFUND

## INTRODUCTION

1.      The allegations set forth in paragraphs 1 through 9 of the Introduction to Counts 1

through 4 of this Indictment are hereby re-alleged and incorporated as if fully set forth herein.

## COUNT FIVE

2.      On or about February 16, 2001, in the District of Columbia and elsewhere, the

defendant, **KEITH CAMPBELL,** aided and abetted the making and presentation via the U.S. Mails,

to the U. S. Department of Treasury, Internal Revenue Service, a U.S. Individual Income Tax Return,

in the name of Andre T. Boulware, 1936 Naylor Road, S.E., Apt. 302, Washington, D.C. 20020,

claiming an income tax refund in the amount of $2,998.56 from the U.S. Department of Treasury,

knowing that the claim was false and fraudulent in that the Form W-2, Wage and Tax Statement

submitted with said income tax return falsely claimed that Andre T. Boulware had worked for N.R.I,

Inc. during the tax year 2000 and falsely stated that he had earned wages of $48,673.34 and that

$11,241.56 of Federal income tax had been withheld, when in fact, Andre T. Boulware did not work

for N.R.I., Inc. during 2000, and no such wages were earned nor were such withholdings withheld

and which caused a U.S. Treasury check to be issued and mailed to Andre T. Boulware, 1936 Naylor

Road, S.E., Apt. 302, Washington, D.C. 20020, in the amount of $2,998.56.

**(False Claims for Refund, Aiding and Abetting,** in violation of Title 18, United States Code,
Section 287 and 2).

## COUNT SIX

3.      On or about January 24, 2001, in the District of Columbia and elsewhere, the

defendant, **KEITH CAMPBELL** aided and abetted the making and presentation via e-mail from

the District of Columbia to the U. S. Department of Treasury, Internal Revenue Service, of a U.S.

Individual Income Tax Declaration for an IRS e-file Return, in the name of Denise T. Flournoy, 1516 Holbrook Street, N.E., Apt. 102, Washington, D.C. 20002, claiming an income tax refund in the amount of $3,394.00 from the U.S. Department of Treasury, knowing that the claim was false and fraudulent in that the Form W-2, Wage and Tax Statement submitted with said income tax return falsely claimed that Denise T. Flournoy had worked for All Star Temporaries of America during the tax year 2000 and falsely stated that she had earned wages of $49,231.33 and that $11,021.34 of Federal income tax had been withheld, when in fact, Denise T. Flournoy did not work for All Star Temporaries during 2000, and no such wages were earned nor were such withholdings withheld.

**(False Claims for Refund, Aiding and Abetting,** in violation of Title 18, United States Code, Section 287 and 2).

**COUNT SEVEN**

4.      On or about March 13, 2001, in the District of Columbia and elsewhere, the defendant, **KEITH CAMPBELL** aided and abetted the making and presentation via e-mail from the District of Columbia to the U. S. Department of Treasury, Internal Revenue Service, of a U.S. Individual Income Tax Declaration for an IRS e-file Return, in the name of Nakisha T. McMillian, 301 56th Street, N.E., Washington, D.C. 20019, claiming an income tax refund in the amount of $3,427.00 from the U.S. Department of Treasury, knowing that the claim was false and fraudulent in that the Form W-2, Wage and Tax Statement submitted with said income tax return falsely claimed that Nakisha T. McMillian had worked for Sales Resources Inc. during the tax year 2000 and falsely stated that she had earned wages of $48,923.00 and that $11,012.00 of Federal income tax had been withheld, when in fact,  Nakisha T. McMillian did not work for All Sales Resources

Inc. during 2000, and no such wages were earned nor were such withholdings withheld.

**(False Claims for Refund, Aiding and Abetting,** in violation of Title 18, United States Code, Section 287 and 2).

## COUNT EIGHT

5.     On or about March 5, 2001, in the District of Columbia and elsewhere, the defendant,

**KEITH CAMPBELL,** aided and abetted the making and presentation via e-mail from the District

of Columbia to the U. S. Department of Treasury, Internal Revenue Service, of a U.S. Individual

Income Tax Declaration for an IRS e-file Return, in the name of Robert A. Pegus, 203 M Street,

S.W., Apt. 21, Washington, D.C. 20024, claiming an income tax refund in the amount of $3,057.00

from the U.S. Department of Treasury, knowing that the claim was false and fraudulent in that the

Form W-2, Wage and Tax Statement submitted with said income tax return falsely claimed that

Robert A. Pegus had worked for All Star Temporaries during the tax year 2000 and falsely stated that

he had earned wages of $48,456.23 and that $11,202.00 of Federal income tax had been withheld,

when in fact, Robert A. Pegus did not work for Al Star Temporaries during 2000, and no such wages

were earned nor were such withholdings withheld.

**(False Claims for Refund, Aiding and Abetting,** in violation of Title 18, United States Code, Section 287 and 2).

## COUNT NINE

6.     On or about March 23, 2001, in the District of Columbia and elsewhere, the

defendant, **KEITH CAMPBELL** aided and abetted the making and presentation via e-mail from

the District of Columbia to the U. S. Department of Treasury, Internal Revenue Service, of a U.S.

Individual Income Tax Declaration for an IRS e-file Return, in the name of Brenda C. Queen, 1516

Holbrook Street, N.E., Washington, D.C. 20002, claiming an income tax refund in the amount of

$3,618.00 from the U.S. Department of Treasury, knowing that the claim was false and fraudulent in that the Form W-2, Wage and Tax Statement submitted with said income tax return falsely claimed that Brenda C. Queen had worked for All Star Temporaries of America during the tax year 2000 and falsely stated that she had earned wages of $49,231.00 and that $11,021.00 of Federal income tax had been withheld, when in fact, Brenda C. Queen did not work for Al Star Temporaries during 2000, and no such wages were earned nor were such withholdings withheld.

**(False Claims for Refund, Aiding and Abetting,** in violation of Title 18, United States Code, Section 287 and 2).

<u>**COUNT TEN**</u>

7.    On or about January 31, 2001, in the District of Columbia and elsewhere, the defendant, **KEITH CAMPBELL,** aided and abetted the making and presentation via e-mail from the District of Columbia to the U. S. Department of Treasury, Internal Revenue Service, of a U.S. Individual Income Tax Declaration for an IRS e-file Return, in the name of Joseph Queen, 203 M Street, S.W.,  Washington, D.C. 20024, claiming an income tax refund in the amount of $3,832.00 from the U.S. Department of Treasury, knowing that the claim was false and fraudulent in that the Form W-2, Wage and Tax Statement submitted with said income tax return falsely claimed that Joseph Queen had worked for NRI during the tax year 2000 and falsely stated that she had earned wages of $49,214.00 and that $11,501.00 of Federal income tax had been withheld, when in fact, Joseph Queen did not work for NRI during 2000, and no such wages were earned nor were such withholdings withheld.

**(False Claims for Refund, Aiding and Abetting,** in violation of Title 18, United States Code, Section 287 and 2).

## COUNT ELEVEN

8.      On or about March 6, 2001, in the District of Columbia and elsewhere, the defendant,

**KEITH CAMPBELL,** aided and abetted the making and presentation via e-mail to the U. S.

Department of Treasury, Internal Revenue Service, of a U.S. Individual Income Tax Declaration for

an IRS e-file Return, in the name of Ambika L. Robinson, 1936 Naylor Road, S.E., Washington,

D.C. 20020, claiming an income tax refund in the amount of $3,713.00 from the U.S. Department

of Treasury, knowing that the claim was false and fraudulent in that the Form W-2, Wage and Tax

Statement submitted with said income tax return falsely claimed that Ambika Robinson had worked

for NRI, Inc. during the tax year 2000 and falsely stated that she had earned wages of $48,673.34 and

that $11,241.56 of Federal income tax had been withheld, when in fact, Ambika Robinson did not

work for NRI, Inc. during 2000, and no such wages were earned nor were such withholdings

withheld, and which caused a refund check to be issued payable to Ambika Robinson, in the amount

of $3,713.00, which check was cashed on or about March 8, 2001 in the District of Columbia.

**(False Claims for Refund, Aiding and Abetting,** in violation of Title 18, United States Code,
Section 287 and 2).

## COUNT TWELVE

9.      On or about February 13, 2001, in the District of Columbia and elsewhere, the

defendant, **KEITH CAMPBELL,** aided and abetted the making and presentation via e-mail from

the District of Columbia to the U. S. Department of Treasury, Internal Revenue Service, of a U.S.

Individual Income Tax Declaration for an IRS e-file Return, in the name of Sean A. White, 1936

Naylor Road, S.E., Washington, D.C. 20020, claiming an income tax refund in the amount of

$3,330.00 from the U.S. Department of Treasury, knowing that the claim was false and fraudulent

in that the Form W-2, Wage and Tax Statement submitted with said income tax return falsely

claimed that Sean A. White had worked for NRI, Inc. during the tax year 2000 and falsely stated that

he had earned wages of $49,213.56 and that $11,012.56 of Federal income tax had been withheld,

when in fact, Sean A. White did not work for NRI, Inc. during 2000, and no such wages were earned

nor were such withholdings withheld and which caused a refund check to be issued payable to Sean

White in the amount of $3,330.00, which check was cashed on or about February 13, 2001 in the

District of Columbia.

**(False Claims for Refund, Aiding and Abetting,** in violation of Title 18, United States Code,
Section 287 and 2).

## COUNTS THIRTEEN THROUGH SIXTEEN - FIRST DEGREE THEFT

## INTRODUCTION

1.      The allegations set forth in paragraphs 1 through 9 of the Introduction to Counts 1

through 4 of this Indictment are hereby re-alleged and incorporated as if fully set forth herein.

## COUNT THIRTEEN

2.      On or about February 27, 2001, the defendant, **KEITH CAMPBELL**, having

participated in the above-described conspiracy, did knowingly and wrongfully obtain and use

property of a value of $250.00 or more, belonging to the District of Columbia government, a

municipal corporation, consisting of money, to wit: Government of the District of Columbia check

number 0277502, payable to Joseph Queen, in the amount of $3,128.00, which check was

subsequently cashed.

**(First Degree Theft, Aiding and Abetting, in violation of Title 22, D.C. Code §§ 3211, 3212(a),
1805).**

## COUNT FOURTEEN

3.     On or about March 26, 2001, the defendant, **KEITH CAMPBELL**, having participated in the above-described conspiracy, did knowingly and wrongfully obtain and use property of a value of $250.00 or more, belonging to the District of Columbia government, a municipal corporation, consisting of money, to wit:  check number 0277502, payable to Brenda Queen, in the amount of $3,101.00, which check was subsequently cashed.

**(First Degree Theft, Aiding and Abetting, in violation of Title 22, D.C. Code §§ 3211, 3212(a), 1805).**

## COUNT FIFTEEN

4.     On or about April 2, 2001, the defendant, **KEITH CAMPBELL**, having participated in the above-described conspiracy, did knowingly and wrongfully obtain and use property of a value of $250.00 or more, belonging to the District of Columbia government, a municipal corporation, consisting of money, to wit:  Government of the District of Columbia check number 0328202, payable to Ambika Robinson, in the amount of $2,957.00, which check was subsequently cashed.

**(First Degree Theft, Aiding and Abetting, in violation of Title 22, D.C. Code §§ 3211, 3212(a), 1805).**

## COUNT SIXTEEN

5.      On or about May 8, 2001, the defendant, **KEITH CAMPBELL**, having participated in the above-described conspiracy, did knowingly and wrongfully obtain and use property of a value of $250.00 or more, belonging to the District of Columbia government, a municipal corporation, consisting of money, to wit:  Government of the District of Columbia check number 0385667, payable to Denise Flournoy, in the amount of $3,106.00, which check was subsequently cashed.

**(First Degree Theft, Aiding and Abetting, in violation of Title 22, D.C. Code §§ 3211, 3212(a), 1805).**

A TRUE BILL


FOREPERSON



KENNETH L. WAINSTEIN
Attorney for the United States in
and for the District of Columbia