CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC  20001
January 09, 2006

UNITED STATES OF AMERICA

    V.                                 Criminal No.  05-455 (CKK)

KEITH CAMPBELL

## CRIMINAL  NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE   SET   FOR: ARRAIGNMENT

DATE:                February 28, 2006

TIME:                3:00 p.m.

JUDGE:            COLLEEN KOLLAR-KOTELLY

COURTROOM:  No. 28   –   SIXTH  Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

cc:

By: _____
Dorothy Jones-Patterson (202) 354-3189
Deputy Clerk

  Chambers
  File
  Courtroom Clerk
Probation
Pretrial
Sherri Schorenstein, AUSA
Joseph McCarthy, Esq., 510 King Street, Suite 400, Alexandria, VA 22314