UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| KEITH CAMPBELL a.k.a. : | CR. NO.: 05-455(CKK) |
| "THE TAX MAN" a.k.a. : | |
| GEORGE DYSON, : | |
| : | |
| Defendant. : | |
| : | |

**- ORDER -**

Upon consideration of the Government's Motion to Allow Agent at Counsel Table, for the reasons set out therein, it is this _____ day of _____, 2006,

**ORDERED** that Special Agents Charles Jones and Joseph Sadler shall be permitted to sit at Government Counsel table during the trial in this case.

_____
COLLEEN KOLLAR KOTELLY
United States District Judge

cc:  Sherri L. Schornstein
     Assistant U.S. Attorney
     555 - 4th Street, N.W.
     Washington, D.C. 20530

     Edward C. Sussman
     Suite 900 - South Building
     601 Pennsylvania Ave., N.W.
     Washington, D.C. 20004