UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| KEITH CAMPBELL a.k.a. | : | CR. NO.: 05-455(CKK) |
| "THE TAX MAN" a.k.a. | : | |
| GEORGE DYSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

- ORDER -

Upon consideration of the Government's Notice of Intention to Introduce Evidence Pursuant to Fed. R. Evid. 404(b), for the reasons set out therein, it is this _____ day of _____, 2006,

**ORDERED** that the Government's Motion is granted.

_____
COLLEEN KOLLAR KOTELLY
United States District Judge

cc:  Sherri L. Schornstein
     Assistant U.S. Attorney
     555 - 4th Street, N.W.
     Washington, D.C. 20530

     Edward C. Sussman
     Suite 900 - South Building
     601 Pennsylvania Ave., N.W.
     Washington, D.C. 20004