UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

              v.                                           :          CR. NO. 05-455 (CKK)

KEITH CAMPBELL                            :

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Edward C. Sussman, Suite 900, 601 Pennsylvania Avenue N.W., Washington, D.C. 20004, as counsel for the defendant in this matter.

                                                   _____
                                                   Edward C. Sussman No. 174623
                                                   Attorney for Keith Campbell
                                                   Suite 900 - South Building
                                                   601 Pennsylvania Avenue N.W.
                                                   Washington, D.C. 20004
                                                   (202) 737-7110

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 13th day of March, 2006 by electronic filing on all interested parties.
.

                                                 _____
                                                 Edward C. Sussman