UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| KEITH CAMPBELL a.k.a. | : | CR. NO.: 05-455 (CKK) |
| "THE TAX MAN" a.k.a. | : | |
| GEORGE DYSON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## GOVERNMENT'S NOTICE OF FILING

The United States of America through its undersigned attorney notifies the Court that the government is replying to the letter sent by defense requesting Rule 16 discovery, Brady information, Fed. R. Evid. 404(b) evidence, and Giglio information. A letter from the United States to Edward C. Sussman, dated March 24, 2006, is attached as Exhibit 1. The United States understands its continuing obligation to provide the defendant with any additional materials is required under Rule 16 of the Federal Rules of Criminal Procedure and Brady v. Maryland, 373 U.S. 83 (1973).

                                  KENNETH L. WAINSTEIN
                                  D.C. Bar Number 451058
                                  UNITED STATES ATTORNEY
                                  FOR THE DISTRICT OF COLUMBIA

BY:                 _____
                                  SHERRI L. SCHORNSTEIN
                                  D.C. Bar # 415219
                                  Assistant U.S. Attorney
                                  Fraud & Public Corruption Section
                                  555 Fourth Street, N.W.
                                  Washington,  D.C. 20530

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice was served on counsel for Defendant, Edward C. Sussman, Suite 900 - South Building, 601 Pennsylvania Ave., N.W., Washington, D.C. 20004, this _____, day of March, 2006, via the ECF filing system.

 

_____
SHERRI L. SCHORNSTEIN
Assistant U.S. Attorney