UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| KEITH CAMPBELL a.k.a. : | CR. NO.: 05-455 (CKK) |
| "THE TAX MAN" a.k.a. : | |
| GEORGE DYSON, : | |
| : | |
| Defendant. : | |
| : | |

## GOVERNMENT'S NOTICE OF FILING

The United States of America through its undersigned attorney notifies the Court that the government is supplementing its discovery production to defense. A letter from the United States to Edward C. Sussman, dated March 30, 2006, is attached as Exhibit 1. The United States understands its continuing obligation to provide the defendant with any additional materials is required under Rule 16 of the Federal Rules of Criminal Procedure and Brady v. Maryland, 373 U.S. 83 (1973).

                                                KENNETH L. WAINSTEIN
                                                D.C. Bar Number 451058
                                                UNITED STATES ATTORNEY
                                                FOR THE DISTRICT OF COLUMBIA

BY:    _____
           SHERRI L. SCHORNSTEIN
           D.C. Bar # 415219
           Assistant U.S. Attorney
           Fraud & Public Corruption Section
           555 Fourth Street, N.W.
           Washington, D.C. 20530

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice was served on counsel for Defendant, Edward C. Sussman, Suite 900 - South Building, 601 Pennsylvania Ave., N.W., Washington, D.C. 20004, this \_\_\_\_\_, day of March, 2006, via the ECF filing system.

 

SHERRI L. SCHORNSTEIN
Assistant U.S. Attorney