**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

March 30, 2006

Edward C. Sussman
Suite 900 - South Building
601 Pennsylvania Ave., N.W.
Washington, D.C. 20004

                Re: <u>United States v. Keith Campbell</u>

Dear Mr. Sussman:

      This letter supplements the government's discovery production made to you. Enclosed please find a copy of a transcript prepared from the videotaped statement of "George Dyson." The facts related to the taking of that statement have been articulated in the detailed discovery letter of March 24, 2006.

                                      Sincerely,
                                      KENNETH L. WAINSTEIN
                                      UNITED STATES ATTORNEY

                      By:   _____
                              SHERRI L. SCHORNSTEIN
                              Assistant U.S. Attorney
                              Fraud and Public Corruption Section
                              (202) 514- 6956

enclosure

cc: Court File in 05-455(CKK)

_____