# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-455 | MAGIS. NO: |
| V.<br><br>KEITH CAMPBELL, aka<br>GEORGE DYSON, aka<br>"THE TAX MAN"<br><br>DOB:            PDID:   443869 | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br><br>Keith Campbell<br>FCI Morgantown<br>Federal Correctional Institution<br>446 Greenbag Road, Route 857<br>Morgantown, WV 26501 | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | FILED<br>FEB 28 2006 |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DEFRAUD THE GOVERNMENT WITH RESPECT TO CLAIMS;

FALSE CLAIMS FOR REFUND;

AIDING AND ABETTING;

FIRST DEGREE THEFT;

AIDING AND ABETTING.

IN VIOLATION OF:

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 286; 18 U.S.C. § 287; 18 U.S.C. § 2; D.C. Code §§ 22-3211, 3212(a) and D.C. Code § 22-1805.

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE):<br>*[signature]* | DATE ISSUED:<br>12/22/05 |
| CLERK OF COURT: | BY DEPUTY CLERK:<br>*[signature]* | DATE:<br>DEC 22 2005 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 12·22·05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 2·28·06 | SEAN McLEOD SDUSM | *[signature]* |
| HIDTA CASE: | Yes   No | | OCDETF CASE:   Yes   No |