UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

v.                                  :       CR. NO. 05-455-01 (CKK)

KEITH CAMPBELL                      :

DEFENDANT'S MOTION FOR LAW LIBRARY ACCESS
AND MEMORANDUM OF SUPPORTING POINTS AND AUTHORITIES

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that this honorable court, require the Central Treatment Facility to provide to the defendant access to the law library three (3) times per week. In support of his request, the defendant states the following:

1. The defendant stands indicted with numerous counts involving a complex scheme to obtain fraudulent tax refunds. Recently, because of health concerns, he was moved from the D.C. Jail to the Central Treatment Facility. Access to the law library is more limited at that facility and the defendant respectfully requests that the court order the facility to make such access available.

2. The defendant's ability to gain access to the law library is especially crucial in this matter as he has indicated a desire to represent himself. While that decision has not been finally made, the ability to engage in legal research will enable the defendant to decide if he can handle the burdens of defending himself or whether he is not able to do so.

3.. Counsel believes that the defendant's situation is unique and requires some special consideration. The ability to perform legal research may well serve to resolve some of the

1

questions that have arisen between the defendant and counsel regarding the propriety of filing certain pre-trial motions.

    4. The interests of justice and judicial economy require that this request be granted.

    WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant his request and order the Central Treatment Facility provide the defendant with access to the law library three times each week.

_____
EDWARD C. SUSSMAN, NO. 174623
Counsel for Keith Campbell
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT a copy of the foregoing motion was served electronically this 5th day of June, 2006 on all interested parties.

_____
Edward C. Sussman