UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

      v.                                           :         CR. NO. 05-455-01 (CKK)

KEITH CAMPBELL                         :

O R D E R

The court has before it the request of the defendant that he be granted access to the law library at the Central Treatment Facility three times per week. The court finds that the defendant has advanced good cause for this request. It is therefore, this _____ day of June, 2006,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the warden of the Central Treatment Facility assure that Keith Campbell, DCDC No. 218-821, be permitted to use the law library three times per week.

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE

cc: Office of the Warden
    Central Treatment Facility
    1901 E Street S.E.
    Washington, D.C. 20003