UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

KEITH A. CAMPBELL,

Defendant.

Criminal No. 05–455 (CKK)

**ORDER**
(June 14, 2006)

On June 6, 2006, Defendant Keith A. Campbell, through counsel, filed [13] Defendant's

Motion for Law Library Access and Memorandum of Supporting Points and Authorities. In

Defendant's Motion, Defendant requested that the Central Treatment Facility (CTF), where he is

presently incarcerated, grant him access to the law library three times per week. Def.'s Mot. at 1.

The government filed an [14] Opposition on June 12, 2006.

On June 13, 2006, the District of Columbia Office of the General Counsel indicated to the

Court that Defendant personally met with Deputy Warden Walter Fulton at CTF, who took

Defendant to the law library where Defendant met with the library assistant, Ms. Bivens. While

Defendant's unit is scheduled for access to the law library only on Mondays between 1:00 p.m.

and 2:30 p.m., *see attached* "CCA/CTF library schedule," Ms. Bivens scheduled Defendant for

access to the law library three days per week according to the following schedule:

        Mondays:    1:00 p.m. to 4:00 p.m.
        Tuesdays:   1:00 p.m. to 4:00 p.m.; 6:00 p.m. to 8:00 p.m.
        Friday:     8:00 a.m. to 1:00 p.m.

In light of this schedule, it is, this 14th day of June, 2006, hereby

ORDERED that [13] Defendant's Motion for Law Library Access is DENIED AS

MOOT.

COLLEEN KOLLAR-KOTELLY
United States District Judge

2

## CCA/CTF LIBRARY SCHEDULE

**Monday**

| | |
|---|---|
| 11:30 a.m. – 12:30 p.m. | Status Units<br>Staff Librarian (Bivens) |
| 1:00 p.m. – 2:30 p.m. | E Building (Males)<br>Staff Librarian |
| 4:15 p.m. – 5:30 p.m. | C4 A/C |
| 6:00 p.m. – 8:00 p.m. | Females<br>Contract Law Librarian (Forney)<br>Staff Librarian |

**Tuesday**

| | |
|---|---|
| 1:00 p.m. – 2:30 p.m. | D Building (Males)<br>Staff Librarian |
| 6:00 p.m. – 8:00 p.m. | Males<br>Contract Law Librarian (Forney)<br>Staff Librarian (Bivens) |

**Wednesday**

| | |
|---|---|
| 8:00 a.m. – 9:30 p.m. | Females<br>Staff Librarian |
| 1:00 p.m. – 2:30 p.m. | C2 A/B & Medical 96<br>Staff Librarian |

**Thursday**

| | |
|---|---|
| 9:00 a.m. – 11:00 a.m. | Indigent Supply Pass Out<br>Staff Librarian |
| 1:00 p.m. – 4:00 p.m. | General Population by Appointment Request Only |

**Friday**

| | |
|---|---|
| 8:00 a.m. – 9:30 p.m. | C3A/B<br>Staff Librarian |
| 1:00 p.m. – 2:30 p.m. | C2B (Youth Acts)<br>Staff Librarian |

*Note: All inmates using the Law Library will be escorted to the Law Library when the escort officer picks up for Education on the unit. Indigent request slips must be submitted by Thursday of each week. They will be processed and the requested supplies will be distributed the next Thursday.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Warden | Assistant Warden | Program Manager |