UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 05-455 (CKK) |
| | : |
| | : |
| v. | : |
| | : Plea Proceedings: August 7, 2006 |
| | : |
| KEITH CAMPBELL, | : |
| | : |
| Defendant. | : |

**STATEMENT OF THE OFFENSE**

Had this case proceeded to trial, the United States would have established the following facts beyond a reasonable doubt:

**INTRODUCTION**

The Internal Revenue Service (IRS) is an agency of the United States of America, Department of the Treasury, and maintains its headquarters at 1111 Constitution Avenue, N.W., Washington, D.C. The IRS has responsibility for administering provisions of the Internal Revenue Code and for collecting individual income taxes through several methods including obtaining funds that have been withheld from employees' wages by their employers.

The District of Columbia Office of Tax and Revenue (OTR) is a department within the government of the District of Columbia, a municipal corporation, and maintains its headquarters at 941 North Capitol Street, N.E., Washington, D.C. OTR has the responsibility of collecting individual income taxes through several methods including obtaining funds that have been withheld from employees' wages by their employers.

Absent the grant of an extension, individuals who earn income in excess of certain minimums are required to file a Form 1040 series U.S. federal income tax return no later than April 15th of the calendar year immediately following the tax year.  Absent the grant of an extension, District of Columbia residents who earn income in excess of certain minimums are required to file a D-40, Individual Income Tax Return, no later that April 15th of the calendar year immediately following the tax year.

A Form W-2, Wage and Tax Statement, is an IRS form prepared by an individual's employer, which details the employer's name, address, and identification number, and the employee's name, address, and social security number.  The form also details, among other things, the employee's wages and federal and state income tax withheld by the employer.  Taxpayers are required to attach copies of the relevant Forms W-2 to their federal and state income tax returns.

The IRS permits individuals to file their federal income tax return electronically as an "e-file return."  OTR also permits individuals to file their D-40, Individual Income Tax Return, electronically as an "e-file return."

The Refund Anticipation Loan (RAL) is a program offered by certain private tax return preparers working in conjunction with certain banks.  With RAL, the taxpayer agrees to pay certain fees to the tax return preparer and to a bank in order to receive his or her income tax refund more quickly than he or she would otherwise receive a check directly from the Federal Government or District of Columbia Government.

From on or about February 10, 1998, and continuing thereafter until on or about February 21, 2002, in the District of Columbia and elsewhere, KEITH CAMPBELL, Eleanor Pope, Clarence Williams, Robert North, and Joseph Queen," and in excess of 60 other individuals, conspired

together and with each other to defraud the United States of monies in the approximate amount of $109,737.30, to defraud the government of the District of Columbia and an agency thereof, that is OTR, of monies in the approximate amount of $141,329.72, and to defraud the government of the State of Maryland and an agency thereof, that is, Comptroller of Maryland, of monies in the approximate amount of $27,248.62 through the filing of fraudulent income tax returns.

It was part of the plan that KEITH CAMPBELL, Eleanor Pope, Clarence Williams, Robert North, J.Q., and other individuals, would enrich themselves and obtain money to purchase heroin by negotiating the U.S. Treasury checks, RAL checks, and District of Columbia and Maryland government checks generated by filing fraudulent federal, District of Columbia, and Maryland income tax returns. The tax returns were false in that the Forms W-2, attached and in support of the tax returns, listed employers for whom the listed taxpayers never worked or which grossly overstated the amount of wages, and overstated federal and state taxes withheld for such taxpayers.

In order to further the conspiracy, KEITH CAMPBELL, the leader and organizer of the criminal enterprise used the following means, among others: he recruited and solicited individuals to participate in the scheme to obtain fraudulent tax refunds by promising them a fee or a certain amount of money; he created for and provided to the co-conspirators false Forms W-2 reflecting employers for whom the co-conspirators had never worked, reflecting wages he or she had not received, and reflecting withholding of federal and state taxes that had never occurred or falsely overstating that information pertaining to an employer for whom the co-conspirators had worked; he prepared the fraudulent tax returns himself or directed the co-conspirators to certain legitimate tax return preparers, and instructed the co-conspirators to request RAL checks from the tax return preparers; he split proceeds of the fraudulently obtained tax refunds with the co-conspirators; he paid a fee to those co-conspirators who agreed to have the false tax refund checks mailed to his or her

residence or to an address to which he or she had access to the mail; he filed fraudulent tax returns in his own name using the same modus operandi; he assumed the identity of one George Dyson, Jr. to open a bank account and to file fraudulent income tax returns in that name; and he used the identifying information of co-conspirators who had previously provided him with that information to prepare a false tax return for a certain earlier tax year, in subsequent tax years for the purpose of obtaining additional fraudulent tax refunds.

## THE CONSPIRACY WITH JOSEPH QUEEN

From in or about February 2000, and continuing thereafter until in or about April 2001, within the District of Columbia and elsewhere, the defendant, KEITH CAMPBELL and unindicted co-conspirator, Joseph Queen, and other individuals whose identities are known and unknown to the grand jury, did unlawfully, knowingly, and willfully, conspire and agree together and with each other to defraud the United States of America and an agency thereof, that is the IRS, of monies in the approximate amount of $17,082.23 through the filing of five fraudulent Federal income tax returns and to defraud the government of the District of Columbia and an agency thereof, that is OTR, of monies in the approximate amount of $26,744.11 through the filing of nine fraudulent District of Columbia income tax returns.

It was the goal of the conspiracy that the defendant, KEITH CAMPBELL, Joseph Queen, and other individuals whose identities are known and unknown to the grand jury, would enrich themselves and obtain money to purchase heroin by negotiating the U.S. Treasury checks, RAL checks, and D.C. government checks generated by filing fraudulent U.S. federal income tax returns and fraudulent District of Columbia Forms D-40, Individual Income Tax Returns, the Forms W-2 attached and in support of which, listed employers for whom the listed taxpayers never worked or

did not work for the tax year indicated on the From W-2 and which falsely stated the amount of wages and the federal and state taxes withheld for such taxpayers.

In order to further the objects and goals of the conspiracy, the defendant, KEITH CAMPBELL, Joseph Queen, and other individuals whose identities are known and unknown to the grand jury, used the following manners and means, among others:

Joseph Queen would obtain fraudulent Forms W-2 from the defendant, KEITH CAMPBELL, reflecting employers for whom he had never worked and falsely reflecting wages he had not received and withholding of federal and state taxes that had never occurred.

Joseph Queen would take the fraudulent Forms W-2 to a tax return preparer who would use said documents to prepare his federal and state income tax returns.

Joseph Queen would sign and file the federal and state income tax returns reflecting wages he had not earned, reflecting withholding of taxes that had not occurred, and claiming refunds of taxes supposedly withheld to which monies he was not entitled.

In regard to the federal income tax returns, at the instruction of the defendant, KEITH CAMPBELL, Joseph Queen would request that the tax return preparer file his return electronically and that he obtain a RAL check.

Within a few days of filing said federal income tax return, Joseph Queen would obtain from the tax return preparer a check for the amount of his federal refund less a fee charged by the tax return preparer and the bank for early advance of refund monies.

Joseph Queen would negotiate said check and split the proceeds with the defendant, KEITH CAMPBELL.

In regard to the D.C. income tax returns filed, Joseph Queen would receive a check

from the District of Columbia government.

Joseph Queen would negotiate said check and split the proceeds with the defendant, KEITH CAMPBELL.

Joseph Queen would allow the defendant, KEITH CAMPBELL, to use his home address on fraudulent federal and D.C. income tax returns in the names of other individuals whose identities are known and unknown to the grand jury, and in instances in which a refund check was mailed to the alleged taxpayer, caused said check to be mailed to the address listed on the return. For each such check, Joseph Queen would receive $150.00 from the defendant, KEITH CAMPBELL.

Joseph Queen recruited other individuals, including family members, to have their income tax returns prepared with the assistance of the defendant, KEITH CAMPBELL. The proceeds from the fraudulently filed federal and D.C. income tax returns were divided three ways between the defendant, KEITH CAMPBELL, Joseph Queen, and the individual whose name appeared on the tax return.

Within the District of Columbia, and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, the defendant, KEITH CAMPBELL, Joseph Queen, and other individuals whose identities are known and unknown to the grand jury committed the following overt acts, among others:

On or about and during February 2000, the defendant, KEITH CAMPBELL had a conversation with Joseph Queen about the above-described scheme to file false income tax returns in order to obtain refund monies.

On or about February 18, 2000, Joseph Queen signed in the District of Columbia and and caused the electronic filing, from the District of Columbia, of a 1999 Form 8453, U.S. Individual Income Tax Declaration for an IRS e-file Return, in his name, falsely overstating his income and tax withholdings and claiming an overpayment of taxes in the amount of $3,241.00.

On or about February 22, 2000, Joseph Queen cashed a RAL check numbered 05496976, payable to him, in the amount of $3,034.00, at an unknown location. Joseph Queen kept $1,000.00 of the check proceeds and gave the balance of the money to the defendant, KEITH CAMPBELL.

On or about January 31, 2001, Joseph Queen signed, in the District of Columbia, and caused the filing, from the District of Columbia, of a 2000 Form 8453, U.S. Individual Income Tax Declaration for an IRS e-file Return, in his name, falsely overstating his income and tax withholdings and claiming an overpayment of taxes in the amount of $3,832.00.

On or about February 2, 2001, Joseph Queen cashed a RAL check numbered 08125446, payable to him, in the amount of $3,628.00, at Ace Cash Express, Washington, D.C. Joseph Queen kept $1,000.00 of the check proceeds and gave the balance of the money to the defendant, KEITH CAMPBELL.

**THEFT IN THE FIRST DEGREE**

On or about February 27, 2001, the defendant, KEITH CAMPBELL, having participated in the above-described conspiracy, did knowingly and wrongfully obtain and use property of a value of $250.00 or more, belonging to the District of Columbia government, a municipal corporation, consisting of money, to wit: Government of the District of Columbia check number 0277502, payable to Joseph Queen, in the amount of $3,128.00, which check was subsequently cashed.

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: _____
SHERRI L. SCHORNSTEIN
Assistant U.S. Attorney
D.C. Bar# 415219
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6956

I declare under penalty of perjury that the foregoing is a true and accurate statement of facts.

_____
KEITH CAMPBELL,
Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on counsel for Defendant, Edward C. Sussman, Esq., Suite 900 - South Building, 601 Pennsylvania Ave., N.W., Washington, D.C. 20004, this 1st day of August, 2006, via the U.S. Mails.

_____
SHERRI L. SCHORNSTEIN
Assistant U.S. Attorney