UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
Plaintiff : CRIMINAL NO. 05-455
: Judge Colleen Kollar-Kotelly
vs. :
:
KEITH A. CAMPBELL :
:
Defendant :

ORDER

That the U.S. Probation Department shall prepare and file a pre-sentence report for KEITH A. CAMPBELL, by no later than OCTOBER 16, 2006; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom #28A on OCTOBER 20, 2006 AT 10:15 A.M.

IT IS SO ORDERED,

Date: Aug. 8, 2006

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
    File
    Pretrial
    Probation
    Sherri Schornstein, AUSA
    Edward Sussman