UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.: 05-455 (CKK)** |
| | : | |
| V. | : | |
| | : | |
| **KEITH CAMPBELL,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S STATEMENT OF JUSTIFIABLE REASONS**
**SUPPORTING THE RULE 11(c)(1)(C) PLEA**

The United States hereby respectfully submits this Statement of Justifiable Reasons Supporting the Rule 11(c)(1)(C) plea.

Although the Court has "absolute discretion" to accept pleas pursuant to Fed. R. Crim. Pro. 11(c)(1)(C) under the decision in United States v. Goodall, 236 F.3d 700 (D.C. Cir. 2001)(citation and emphasis omitted), the government believes the following factors constitute justifiable reasons for accepting a plea of guilty in this case pursuant to Sentencing Guideline §6B1.2(c):

1.   As the Court is aware, Mr. Campbell has several very significant health issues which negatively affect his life expectancy.

2.   The parties in this matter labored under the mistaken belief that Mr. Campbell had been offered a universal plea offer, years ago, encompassing the current case and the Superior Court case for which he is serving a 5-year sentence.  Had such a plea offer been extended, it is

likely that the resolution would have approximated the resolution proposed in this case.

                                  Respectfully submitted,

                                  KENNETH L. WAINSTEIN
                                  United States Attorney
                                  for the District of Columbia
                                  D.C. Bar No. 451058

By:                               _____
                                  SHERRI L. SCHORNSTEIN
                                  Assistant U.S. Attorney
                                  D.C. Bar# 415219
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 514-6956

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on counsel for Defendant, Edward C. Sussman, Esq., Suite 900 - South Building, 601 Pennsylvania Ave., N.W., Washington, D.C. 20004, this ____ day of August, 2006, via the U.S. Mails.


                                                SHERRI L. SCHORNSTEIN
                                                Assistant U.S. Attorney