UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR. NO. 05-455-01 (CKK) |
| KEITH CAMPBELL | : |

<u>ORDER</u>

The court has before it the request of the defendant to be released pending sentence on a program consisting of a curfew, regular reporting to the Pretrial Services Agency, and drug testing. The court finds that the requested conditions will assure the future appearance of the defendant and be consistent with the needs of community safety. It is, therefore, this _____ day of August, 2006,

ORDERED, that the motion be, and hereby is granted.

FURTHER ORDERED, that the defendant appear in this court on _____, at _____ o'clock for formal imposition of release conditions.

_____
COLLEEN KOLLARY-KOTELLY
UNITED STATES DISTRICT JUDGE