UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>KEITH A. CAMPBELL,<br><br>   Defendant. | Criminal No. 05–455 (CKK) |

**ORDER**
(August 29, 2006)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 29th day of August, 2006, hereby

ORDERED that [22] Defendant's Request for Release Pending Sentencing is DENIED.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　United States District Judge