UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.  05cr455 |
| : | Judge Colleen Kollar-Kotelly |
| KEITH A. CAMPBELL : | |
| : | |
| Defendant : | |
| : | |

"AMENDED" ORDER

On September 17, 2006, the Court granted a "Request for Extension and Delay of Sentencing" filed by the U.S. Probation Office. Accordingly, the Court hereby amends it Order [17] dated August 8, 2006, as follows: The U.S. Probation Department shall prepare and file a pre-sentence report for KEITH CAMPBELL by no later than November 10, 2006; the parties' memoranda of law shall be filed by no later than November 17, 2006; and it is further

ORDERED that the defendant shall be sentenced on Thursday, November 30, 2006, at 4:00 p.m. in Courtroom 28A.

_9/19/06_
Date

_Colleen Kollar-Kotelly_
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge

cc: Chambers
Courtroom Clerk
Edward Sussman, Esq.
Sherri Schornstein, AUSA
Kathie McGill, U.S. Probation Officer
Pretrial Services