## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **KEITH CAMPBELL a.k.a.** | **:** | **CR. NO.: 05-455(CKK)** |
| **"THE TAX MAN" a.k.a.** | **:** | |
| **GEORGE DYSON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

### - ORDER -

Upon consideration of the Government's Opposition to Defendant's Motion for a Concurrent Sentence, and for the reasons set out therein, it is this _____ day of _____, 2006,

**ORDERED** that the Defendant's motion is denied.

_____
COLLEEN KOLLAR KOTELLY
United States District Judge


cc:    Sherri L. Schornstein
       Assistant U.S. Attorney
       555 - 4th Street, N.W.
       Washington, D.C. 20530

       Edward C. Sussman
       Suite 900 - South Building
       601 Pennsylvania Ave., N.W.
       Washington, D.C. 20004