HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 05-CR-455 |
| | : | |
| vs. | : | SSN: |
| | : | |
| CAMPBELL, Keith | : | Disclosure Date: October 25, 2006 |

**FILED**
**DEC - 4 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____     _____
**Prosecuting Attorney**         **For the Defendant**              **Date**

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
(X)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_[signature]_____     _____     _____
**Defendant**                  **Date**              **Defense Counsel**       **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 08, 2006**, to U.S. Probation Officer **Kathie McGill**, telephone number **(202) 565-1421**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Acting Chief
United States Probation Officer



MATERIAL AND FACTUAL INACCURACIES IN THE PRE-SENTENCE REPORT (i)

Page 11 #44. ERROR THERE WAS NO AUTHORITY TO SENTENCE BECAUSE THE CASE WAS REVERSED BY THE MARYLAND COURT OF APPEALS SHOULD BE TAKEN OUT IN ITS ENTIRETY

Page 12 #45 ERROR NEVER CHARGED WITH POSSESSION OF MARIJUANA - NEVER CHARGED WITH GRAND THEFT

Page 12 #46 ERROR PROBATION OFFENSE. THIS WAS A MISDEMEANOR. SATISFACTORILY DISCHARGED FROM PROBATION

Page 13 #47 ERROR THIS ENTRY AND ENTRY #46 ARE THE SAME EVENT.

Page 13 #48 ERROR RECEIVED NO SENTENCE. CASE WAS A DOMESTIC CASE INVOLVING TWO OF MY TENANTS. ALSO DID NOT FIRE COUNSEL AND NEVER ASSAULTED ANY ONE WITH A KNIFE AND PARTICULARLY NO FEMALE.

Page 14 #49 ERROR ENTRY #49 AND ENTRY #51 ARE ALL THE SAME CASE

Page 14 #50 ERROR WAS NEVER CHARGED WITH BAD CHECK OR THEFT. WAS PREVIOUSLY ARRESTED

Page 15 #51 ERROR SAME CASE AS ENTRY #49

Page 15 #52 ERROR SAME CASE AS ENTRY #49

Page 15 #53 ERROR NEVER CHARGED WITH UN REGISTERED VEHICLE.

Page 16 #54 ERROR SUBTOTAL CRIMINAL HISTORY SCORE OF 8 IS IN ERROR BECAUSE THE SAME OFFENSE IS SCORED 3 TIMES AND ALSO THE OFFENSE THAT WAS REVERSED IS SCORED. ALSO AN OFFENSE WHERE I HAD NO CHARGES IS SCORED. ALSO AN OFFENSE IN WHICH I WAS WRONGLY ARRESTED IS SCORED. AN EVENT THAT DID NOT TAKE PLACE IS SCORED ALSO.

Page 16 #55 ERROR AT THE TIME OFFENSE WAS COMMITTED I WAS NOT UNDER A CRIMINAL JUSTICE SENTENCE, QUESTION THE 2 POINTS ADDED

Page 16 #56 ERROR THE INSTANT OFFENSE WAS NOT COMMITTED LESS THAN TWO YEARS FOLLOWING THE DEFENDANT'S RELEASE FROM CUSTODY OR IMPRISONMENT, QUESTION THE 1 POINT ADDED

Page 16 #56 ERROR THE CRIMINAL HISTORY POINTS COULD NOT BE 6 WHICH ESTABLISH A CATEGORY OF III.

Pages 16 thru 23 are totally wrong! ENTRIES #59 thru 91 are in ERROR

(3)

Mr Sussman Entry #101 Page 26 states that I previously Received Health Insurance thru DC Health Alliance.

PAGE 30
Entry # 127
RELEVANT CONDUCT
I SHOULD GET SOME CREDIT FOR RELEVANT CONDUCT

Page 35
Entry # 152 LAST SENTENCE
HEALTH ISSUES WHICH AFFECT LIFE EXPECTANCY //
That is EXTREMELY Important AND IS DEADLY ACCURATE

To: Kathi McGill

Re: U.S v. Campbell

From: Ed Sussman

202 273-0242

Here are Mr. Campbell's personal comments

Sent. was continued until
12/4 @ 10:00 am

6 pages total

Receipt and Acknowledgment                                                              Page 2

[redacted]

Signed by: _____
           (Defendant/Defense Attorney/AUSA)

Date: _____

EDWARD C. SUSSMAN, ESQ.
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

November 16, 2006

Ms. Kathie McGill
United States Probation Officer
U.S. Courthouse
Washington, D.C. 20001

BY FACSIMILE

Re: United States v. Keith Campbell
Cr. No. 05-455-01 (CKK)

Dear Ms. McGill:

In response to your inquiry regarding the presentence report in this matter, I wanted to inform you that my client has just received the report for his review. When the original report was issued, I mailed a copy to him at the Central Treatment Facility. That mailing was returned with the notation that Mr. Campbell was not in the institution. A second mailing was sent and I was informed this morning that it had been received. Mr. Campbell expressed concern about the accuracy of the report as it relates to his criminal history and employment history. I should receive his written comments in a few days.

Since this plea was "capped" at three years, I don't believe that these purported inaccuracies should have any effect on the sentencing. I will forward Mr. Campbell's written comments to you at the earliest time. My review of the report indicated that it was accurate. Of course, I am not familiar with all of Mr. Campbell's arrests and prior prosecutions so there may well be some discrepancies regarding his recollection of those events.

Very truly yours,

Edward C. Sussman

EDWARD C. SUSSMAN, ESQ.
Attorney at Law
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

## FACSIMILE

TO: KATHIE MCGILL

RE: UNITED STATES V. CAMPBELL

CR. NO. 05-455

1 PAGE PLUS COVERSHEET