IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
v. )
KEITH CAMPBELL ) CR NO. 05-455 (CKK)
)
)

**FILED**
DEC 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Keith A. Campbell hereby proceeding pro se enters this appeal pursuant to 28 U.S.C section 1291 and 18 U.S.C section 3742 (a)(1), (a)(2) to a sentencing on December 11, 2006 that resulted in a sentence of (3) years. This Notice of Appeal is mailed to the Clerk of the Court on December 11, 2006.

Respectfully submitted
Keith A. Campbell
Pro Se
Fed Reg # 13117-083
D.C.D.C # 218-871
1901 E. St. S.E.
WASH. D.C. 20001