IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OR COLUMBIA

UNITED STATES OF AMERICA

v.   CR NO. 05-455 (CKK)

KEITH A. CAMPBELL

*Let this be filed  Judge C. Kollar-Kotelly 1/12/07*

**FILED**
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR COMPASSIONATE LEAVE

Comes Now Keith A. Campbell hereby proceeding moves this Court to grant petitioner a 72 (seventy-two) hour compassionate leave from the Central Treatment Facility to visit his maternal sister Beth Adria Nelson whose son Thomas Nelson Jr, was murdered on January 1, 2007 in Baltimore, Maryland. See Part C. Offender Characteristics, <u>Personal and Family Data</u> item 89 Pre-Sentence Investigation Report.

Movant was sentenced by this Court on December 11, 2006 to a

36 month term of imprisonment. As of this date movant is still awaiting transfer to the federal prison system.

Movant was not made aware of this tragedy until January 7, 2007. Even though the funeral service for the the deceased was January 6, 2007 movant would like to be able to spend some time with his youngest sister whom he spent considerable time with as she was growing up.

Movant has a place to reside for three days if the Court grant's this motion and has a sponsor to ensure that movant return's to Central Treatment facility in a timely fashion.

The place where movant would reside is 12009 Manchester Way, Bowie, Md 20720. Movant's sponsor is Christine Jackson phone number 301, 352-6513 See Pre Sentence Report items 92 and 93

Movant has an extensive criminal record due to substance abuse. As of this

date movant has been clean for almost five years.

For the fore-mentioned reasons Movant moves this Court to enter an order granting Movant an 72 hour or 3 day compassionate leave from the Central Detox Treatment Facility or any other relief necessary to achieve the desired objective.

Respectfully Submitted
Keith A. Campbell
#218-871
1901 E. St. S.E.
Wash. D.C. 20001

Dated: January 9, 2007