UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

KEITH A. CAMPBELL

Defendant.

Criminal No. 05cr455 (CKK)

FILED

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

On January 12, 2007, the Court received a *Motion for Compassionate Leave* filed by Keith A. Campbell *pro se*. Upon review of the record, the Court concludes that it would benefit from a response by the United States.

Accordingly, it is, this __12__ of January, 2007, hereby

**ORDERED** that the United States shall file a <u>brief response</u> to Mr. Campbell's *pro se* Motion by <u>Friday, January 19, 2007</u>.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

AUSA Sherri Schornstein

Keith A. Campbell
#218-871
1901 D Street, SE
Washington, D.C. 20003