UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 05-455 (CKK) |
| : | CLOSED CASE |
| **KEITH CAMPBELL,** : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR COMPASSIONATE LEAVE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submits the following response to Defendant's Motion for Companionate Leave. For the reasons set forth herein, the government respectfully requests that the Court dismiss the Defendant's motion for lack of jurisdiction.

**I.    BACKGROUND**

On August 7, 2006, Defendant Campbell pleaded guilty to Counts 1 and 13 of the Indictment in this case, which charged Conspiracy to Defraud the Government with Respect to Claims, in violation of 18 U.S.C. § 286 and First Degree Theft, Aiding and Abetting, in violation of 22-D.C. Code § 32–, 3212(a), and 1805. Defendant was sentenced on December 11, 2006. Among other terms, he was sentenced to 36 months of incarceration. By motion dated January 9, 2007, Defendant Campbell, *pro se*, has moved this court to grant him 3 days of leave from his incarceration so that he can spend time with his sister following the murder of her son.

## II. CONCLUSION

Because defendant has already been sentenced in this case, the court lacks jurisdiction to grant the Defendant's motion. Defendant's motion should, therefore, be denied.

>           Respectfully submitted,
> JEFFREY A. TAYLOR
> UNITED STATES ATTORNEY
>
>           _____/s/_____
> SHERRI L. SCHORNSTEIN.
> D.C. Bar # 415219
> Assistant U.S. Attorney
> Fraud & Public Corruption Section
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 514-6956

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Government's Response to Defendant's Motion for Compassionate Leave, was served upon Defendant, *pro se,* Keith A. Campbell, #128-871, 1901 D Street, S.E., Washington, D.C. 20003, this _____, day of January 2007, via the U.S. Mails.

>           _____/s/_____
> SHERRI L. SCHORNSTEIN
> Assistant U.S. Attorney