# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 05-455 (CKK)** |
| | **:** | **CLOSED CASE** |
| **KEITH CAMPBELL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### - ORDER -

Upon consideration of the Defendant's Motion and the Government's Response thereto,

and for the reasons set out in the latter, it is this _____ day of January, 2007,

**ORDERED** that Defendant's Motion is Denied.


_____
COLLEEN KOLLAR KOTELLY
United States District Judge


cc:    Sherri L. Schornstein
       Assistant U.S. Attorney
       555 - 4th Street, N.W.
       Washington, D.C. 20530

       Keith A. Campbell
       #128-871
       1901 D Street, S.E.
       Washington, D.C. 20003