UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :
v.                                  :   Criminal No. 05-455 (CKK)
                                    :   CLOSED CASE
KEITH CAMPBELL,                     :
                                    :
        Defendant.                  :

- ORDER -

Upon consideration of the Defendant's Motion and the Government's Response thereto, and for the reasons set out in the latter, it is this 17 day of January, 2007,

**ORDERED** that Defendant's Motion is Denied.

COLLEEN KOLLAR KOTELLY
United States District Judge

cc:   Sherri L. Schornstein
      Assistant U.S. Attorney
      555 - 4th Street, N.W.
      Washington, D.C. 20530

      Keith A. Campbell
      #128-871
      1901 D Street, S.E.
      Washington, D.C. 20003