UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>**KEITH A. CAMPBELL**<br><br>        Defendant. | Criminal No.  **05cr455**    (CKK) |

**ORDER**

On January 12, 2007, the Court received a *Motion for Compassionate Leave* filed by

Keith A. Campbell *pro se.*  Upon review of the record, the Court concludes that it would benefit

from a response by the United States.

Accordingly, it is, this  _12_  of January, 2007, hereby

**ORDERED** that the United States shall file a brief response to Mr. Campbell's *pro se*

Motion by **Friday, January 19, 2007.**

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

AUSA Sherri Schornstein

Keith A. Campbell
#218-871
1901 D Street, SE
Washington, D.C.  20003