UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEITH A. CAMPBELL,<br><br>    Defendant. | Criminal Action No. 05-455 (CKK)<br><br>**FILED**<br>MAR 0 2 2007<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF COLUMBIA |

**ORDER**
(March 1, 2007)

On January 12, 2007, the Court received a Motion for Compassionate Leave filed by pro se Defendant Keith A. Campbell. After receiving the Government's Response to Defendant's Motion, the Court denied Defendant's Motion on January 17, 2007. On January 30, 2007, Defendant filed a [43] Motion for Reconsideration of his Motion for Compassionate Leave, and on February 23, 2007, Defendant filed a [44] Renewed Motion for Compassionate Leave. Defendant was sentenced by this Court on December 11, 2006 to, among other terms, 36 months of incarceration. Defendant now moves this Court to grant him 3 days leave from his incarceration so that he can spend time with his sister following the murder of her son.

In essence, Defendant seeks to have the Court amend or reduce his sentence; however, Defendant's Motion does not adhere to any of the circumstances under which this Court may correct or reduce a sentence pursuant to Federal Rule of Criminal Procedure 35, nor does Defendant frame his motion as one for a writ of *habeas corpus*, or identify an alternative framework under which this Court would have authority to reduce or amend his sentence. It therefore appears that Defendant's request for compassionate leave is correctly directed not to the

Court, but to Defendant's current custodian, the Bureau of Prisons. Furthermore, while the Court certainly understands Defendant's concern for his sister, the Court finds that Defendant has not identified sufficient grounds to alter his sentence.

Accordingly, it is, this 1st day of March, 2007, hereby

**ORDERED** that [43] Defendant's Motion for Reconsideration of his Motion for Compassionate Leave and [44] Defendant's Renewed Motion for Compassionate Leave shall be DENIED.

**SO ORDERED.**

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge