IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

Copies to: Judge
AUSA – Special Proceedings
Dft.

**FILED**
MAY 21 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

v.

Keith A. Campbell

CR NO: 05-455 (CKK)

## MOTION FOR CORRECTION OF PRE-SENTENCE REPORT PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE RULE 36

Comes Now Keith A. Campbell hereby proceeding pro se moves this Court for an Order Correcting Movants Pre-Sentence Report for the following Reasons:

1) Petitioner was notified by the Bureau of Prisons that according to the PSI that on May 10, 1982 petitioner was arrested for credit card offense #39390 (Disposition Unknown) and on May 9, 1979 Arrested for Possession with Intent to Distribute Cocaine (Disposition Unknown) These unknown dispositions are being used as a detainer against movant

2) Petitioner maintains that both of these cases were disposed of and that the

pre-sentence report writer wrote in petitioner's pre-sentence report that the disposition of those charges were unknown because the pre-sentence writer could not locate the records from the archives of the Montgomery County, Maryland court system.

3) When petitioner was sentenced on December 7, 2006 petitioner did not object to the inclusion of those items in the pre-sentence report because petitioner believed that those matters were resolved over 25 years ago and it would have no bearing on his status within the Bureau of Prisons.

4) As it turns out petitioner was wrong because the Bureau of Prisons not only used it to raise his security level from camp status minimum security to medium security and has disallowed petitioner's participation in half-way placement by stating that from the Bureau of Prisons perspective the "unknown disposition" is a detainer.

5) Petitioner has written 3 letters to the authorities in Montgomery County, Maryland and they have never responded.

6) Petitioner maintains that they are not going to respond because they are well aware that the matters in question were cleared up over 23 years ago.

The relief I am seeking is that the Court issue an order correcting the pre-sentence report by removing those 2 items from the pre-sentence report or in the alternative ordering the pre-sentence report writer to enter the correct disposition in the pre-sentence report and notifying the Bureau of Prisons by sending an amended pre-sentence report to the Bureau of Prisons as well as petitioner.

Respectfully Submitted

Keith A. Campbell
#13117-083
P.O. Box 1000
Butner, NC 27509

May 15, 2008

*Rec'd Nov 10, 2007*

BP-S394.058 **DETAINER ACTION LETTER**   CDFRM
MAR 03
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| To: MONTGOMERY COUNTY SHERIFF<br>ATTN: WARRANT'S DEPARTMENT<br>2350 RESEARCH BLVD<br>ROCKVILLE, MD 20850 | Institution<br>FCI Butner<br>P.O. Box 1000, Old Highway 75<br>Butner, NC 27509-1000 |   |   |
|---|---|---|---|
|   | Date<br>NOVEMBER 9, 2007 |   |   |
| Case/Dkt# | Inmate's Name<br>CAMPBELL, KEITH | Fed Reg No.:<br>13117-083 | DOB/SEX/RACE |
| Aliases: |   | Other No.:<br>Stan: |   |

The below checked paragraph relates to the above named inmate:

XXX   This office is in receipt of the following report: ACCORDING TO PSI ON 05-10-1982 THE ABOVE MENTIONED WAS ARRESTED FOR CREDIT CARD OFFENSE #39390 (DISPOSITION UNKNOWN) ; & ON 05-09-1979 ARRESTED FOR POSSESSION W/I/T/D COCAINE (DISPOSITION UNKNOWN) . If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If you have no further interest in the subject, please forward a letter indicating so.

NOTE:   **FYI - SEVERAL PHONE ATTEMPTS WERE MADE TO NOTIFY YOUR DEPARTMENT OF INFORMATION. THIS INDIVIDUAL IS BEING RELEASED FROM FEDERAL CUSTODY ON 04-26-2009. PLEASE FEEL FREE TO CONTACT US FOR FURTHER INFORMATION AT 919-575-4541 EXT 4425.**

Sincerely,

*Lori Rigsby*
Lori Rigsby,
Legal Instruments Examiner

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - Correctional Services Department
(This form may be replicated via WP)                    (Replaces BP-394(58) dtd FEB 1994)